UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Nos. 1:17-cr-TWP-TAB-01 and 1:18-cr-145-TWP-DML-1 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| VICTOR BOYD | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☐ DENIED.

☒ DENIED WITHOUT PREJUDICE.

☐ OTHER:

☒ FACTORS CONSIDERED: See attached opinion.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cr-00190-TWP-TAB-01 |
| | ) | |
| VICTOR BOYD, | ) | No. 1:18-cr-00145-TWP-DML-01 |
| | ) | |
| Defendant. | ) | |

## **ORDER**

In the above-captioned cases, Defendant filed identical *pro se* motions that the Court construed as Motions for Compassionate Release under Section 603 of the First Step Act of 2018. Because the motions are identical and the relief sought is the same, the Court considers the two motions together.[1]

The Court appointed counsel to represent Defendant and stayed the cases. Counsel appeared, but the Court then allowed her to withdraw. On August 21, 2020, the Court issued an Order lifting the stay and informing Defendant that he must pursue his motions pro se. It explained that his present motions lacked sufficient information for the Court to determine whether he was entitled to compassionate release. The Court ordered Defendant to supplement his motions by completing and filing the Court's form compassionate release motion by October 2, 2020. The Court warned Defendant that, if the form was not returned as directed, his motions for

---

[1] Defendant also has a pending motion for relief that relies on a different section of the First Step Act. *See* dkt. 189 in Case No. 1:17-cr-190-1. The Court will resolve that motion separately.

compassionate release would be considered abandoned and denied without prejudice. The Court mailed Defendant a copy of its form compassionate release motion.

Defendant has not supplemented his motions, and the time for doing so has passed. Accordingly, the Court considers Defendant's motions for compassionate release to be abandoned. Those motions, dkt. [209] in Case No. 1:17-cr-190-TWP-TAB-1; and dkt. [34] in Case No. 1:18-cr-145-TWP-DML-1, are **denied without prejudice**.

**IT IS SO ORDERED.**

Date:   10/6/2020

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Victor Boyd
Reg. No. 15902-028
FMC Lexington
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512