UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:17-cr-00190-TWP-TAB |
| VICTOR BOYD, | ) -01 |
| Defendant. | ) |

**Entry Denying Motion to Reduce Sentence under the First Step Act**

Defendant Victor Boyd sent the Court a letter asking the Court to reduce his sentence under the First Step Act of 2018 (the "First Step Act"), Pub. L. No. 115-391, 132 Stat. 5194 (2018). *See* Dkt. 198. The Court construed the letter as a motion to reduce his sentence under the First Step Act and appointed counsel to represent him. Dkt. 198. Counsel appeared but withdrew. Dkts. 200, 212, 213.

On October 19, 2020, the Court gave Mr. Boyd until November 30, 2020, to either (1) notify the Court of his intention to withdraw his motion for sentence reduction; or (2) file a brief in support of his motion stating the basis for his claim. Dkt. 226. Mr. Boyd was informed that a brief was necessary "because no basis to grant a motion for reduction of sentence has been identified." *Id.* The Court warned Mr. Boyd that his motion might be denied without further notice if he did not timely comply. *Id.*

The deadline for Mr. Boyd to withdraw his motion or file a supporting brief has passed, and he has not filed a notice of withdrawal or a supporting brief. As the Court previously observed, Mr. Boyd's motion to reduce his sentence under the First Step Act identifies no basis

on which the Court could grant relief. Accordingly, the motion to reduce sentence under the First Step Act, dkt. [198], is **denied**.

    **IT IS SO ORDERED.**

Date:  12/7/2020

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Victor Boyd
Reg. No. 15902-028
USP Big Sandy
U.S. Penitentiary
P.O. Box 2068
Inez, KY 41224